No. 02–8677. GOSSARD v. VIRGINIA. Sup. Ct. Va. Certiorari denied.

No. 02–8682. CASTANEDA-GARCIA v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 02–8683. DIEZ, AKA GUZMAN v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 02–8704. FREEMAN v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 02–8714. D'ALESSANDRO v. L. L. BEAN, INC., ET AL. C. A. 3d Cir. Certiorari denied.

No. 02–8723. AYALA v. ILLINOIS. App. Ct. Ill., 1st Dist. Certiorari denied.

No. 02–8726. BUDD v. UNITED STATES PAROLE COMMISSION ET AL. C. A. 2d Cir. Certiorari denied.

No. 02–8728. MCREYNOLDS ET AL. v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 02–8733. MICK v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 02–8735. GOMEZ-VAZQUEZ, AKA GOMEZ-VASQUEZ v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 02–8736. ADDY v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 02–8744. LONDON v. MILLER, SUPERINTENDENT, EASTERN CORRECTIONAL FACILITY. C. A. 2d Cir. Certiorari denied.

No. 02–8750. COGER v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 02–8764. BENTON v. CRIST, ATTORNEY GENERAL OF FLORIDA. C. A. 11th Cir. Certiorari denied.

No. 02–8783. WILLIAMS v. ILLINOIS. App. Ct. Ill., 1st Dist. Certiorari denied.